**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **GERALD HOWLIET,** | ) | |
| | ) | |
|      **Petitioner/Defendant,** | ) | |
| | ) | **CIVIL NO.  09-488-GPM** |
| **vs.** | ) | |
| | ) | **CRIMINAL NO. 04-30139-GPM** |
| **UNITED STATES of AMERICA ,** | ) | |
| | ) | |
|      **Respondent/Plaintiff.** | ) | |

# **MEMORANDUM AND ORDER**

**MURPHY, District Judge:**

This matter is before the Court on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.  Also before the Court is Petitioner's motion for leave to proceed *in forma pauperis* (Doc. 4).

Petitioner was found guilty, after a jury trial, of possession of cocaine with intent to distribute in violation of 21 U.S.C. §§ 2241(a)(1) and (b)(1)(A); possession of heroin with intent to distribute in violation of 21 U.S.C. §§ 2241(a)(1) and (b)(1)(C); and being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g).  On September 17, 2007, Petitioner was sentenced to life imprisonment on the cocaine conviction; 360 months imprisonment on the heroin conviction; and 120 months imprisonment on the firearms conviction, the terms to run concurrently.  Petitioner's conviction and sentence were affirmed on direct appeal.  *United States v. Howliet*, Case No. 07-3313 (7th Cir. Sept. 9, 2008).  It appears that Petitioner did not seek an application for a writ of certiorari to the Supreme Court of the United States.

There is no fee for filing a § 2255 motion, and there is no other matter before the Court as

to which Petitioner's status as a poor person is relevant.  Therefore, Petitioner's motion to proceed *in forma* (Doc. 4) is **DENIED** without prejudice.

In his § 2255 motion, Petitioner raises 4 grounds for relief:  illegal arrest, lack of probable cause, illegal seizure of money, and ineffective assistance of trial counsel.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order.  The Government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED**.

DATED:  12/28/09

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge