**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **GERALD HOWLIET,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | **CIVIL NO. 09-488-GPM** |
| vs. ) | |
| ) | **CRIMINAL NO. 04-30139-GPM** |
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Defendant.** ) | |

## **MEMORANDUM AND ORDER**

**MURPHY, District Judge:**

On December 28, 2010, this Court entered final judgment and dismissed Mr. Howliet's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. Mr. Howliet filed a notice of appeal on January 18, 2011.

In a 28 U.S.C. 2255 proceeding, the applicant cannot take an appeal unless a circuit justice or a circuit or district judge issues a certificate of appealability under 28 U.S.C. 2253(c). Mr. Howliet's notice of appeal states that he anticipates a certificate of appealability "will follow" his notice (Doc. 13). Because Mr. Howliet may not proceed on appeal without a certificate of appealability, the Court construes Mr. Howliet's notice of appeal to include a request for a certificate of appealability. *See* FED. R. APP. P. 22(b). "A certificate of appealability may issue…only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). *See also Young v. United States,* 124 F.3d 794, 798-99 (7th Cir. 1997); *Nunez v. United States,* 96 F.3d 990, 991-92 (7th Cir. 1996). "A petitioner makes a substantial showing where reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been

resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *Sandoval v. United States,* 574 F.3d 847, 852 (7th Cir. 2009), *quoting Arredondo v. Huibreqtse,* 542 F.3d 1155, 1165 (7th Cir. 2008).

For the reasons set forth in the Court's December 28, 2010 Memorandum and Order (*see* Doc. 11), Mr. Howliet has not made a substantial showing of the denial of a constitutional right. Accordingly, the Court **DECLINES** to issue a certificate of appealability. Pursuant to Federal Rule of Appellate Procedure 22(b), Mr. Howliet may renew his request for a certificate of appealability to the Court of Appeals for the Seventh Circuit.

**IT IS SO ORDERED.**

DATED: 01/29/11

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge